# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JOSE EDUARDO LOPEZ CEJA,** | § | |
| | § | |
| *Petitioner*, | § | |
| v. | § | |
| | § | |
| **KRISTI NOEM,** | § | |
| *Secretary, U.S. Department of Homeland Security*; **and** | § | EP-25-CV-00715-DCG |
| **MARY DE ANDA-YBARRA,** | § | |
| *Field Office Director, El Paso Field Office, Immigration and Customs Enforcement*, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Petitioner Jose Eduardo Lopez Ceja has informed the Court that:

(1) the Immigration Judge presiding over Petitioner's immigration proceedings granted Petitioner's request for voluntary departure from the United States; and

(2) the Government has removed Petitioner from the country accordingly.[1]

Petitioner thus seeks to dismiss the above-captioned habeas corpus proceedings without prejudice.[2]

Accordingly, the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court thereby **CLOSES** the case.

---

[1] *See* Pet'r's Notice Voluntary Dismissal, ECF No. 4, at 1.

[2] *Id.*

- 2 -

**So ORDERED and SIGNED this 24th day of February 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**